J. EDWIN LARSON, as State Treasurer of the State of Florida, and Ex-Officio Insurance Commissioner of said State, v. VOLUNTEER STATE LIFE INSURANCE COMPANY, a corporation organized and existing under the laws of the State of Florida.

12 So. (2nd) 898            January Term, 1943
April 13, 1943              Division A
Rehearing Denied May 3, 1943

*J. Tom Watson,* Attorney General, and *Lewis W. Petteway,* Assistant Attorney General, for appellee.

*Oven, Stanley & Oven, W. J. Oven* and *B. C. Stanley,* for appellee.

PER CURIAM:

The decree appealed from in the case at bar is hereby reversed for further proceedings in the lower court not inconsistent with and upon the authority of State ex rel. Pacific Mutual Life Insurance Co. v. Larson, et al., 152 Fla. 729, 12 So. (2nd) 896, this day decided.

It is so ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.